# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
)
    Plaintiff, )
)
v. )    Civil No.  3:23-cv-00777
)    Judge Trauger
TENNESSEE HEALTHCARE MANAGEMENT, )
INC., ET AL., )
)
    Defendant. )

## ORDER

I hereby recuse myself in this case.  The file shall be returned to the Clerk for reassignment to another judge.

The trial scheduled for May 13, 2025 and the pretrial conference scheduled for May 9, 2025 are being removed from the court's calendar.  It is further ORDERED that the Order and Memorandum (Doc. Nos. 37, 38), ruling on a Motion to Dismiss, is hereby VACATED.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge