IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ) ) ) Plaintiff, ) ) v. ) ) ) TENNESSEE HEALTHCARE ) MANAGEMENT, INC. AND ) HCA HEALTHCARE, INC. ) ) ) Defendants. ) | Civil Action No. 3:23-cv-00777<br>**Judge Campbell**<br>**Magistrate Judge Newburn**<br><br>**Jury Demand** |

### DEFENDANTS' UNOPPOSED MOTION TO EXTEND REMAINING DEADLINES

Plaintiff Equal Employment Opportunity Commission (the "EEOC") and Defendants Tennessee Healthcare Management, Inc. ("THM") and HCA Healthcare, Inc. ("HCA") (collectively, "Defendants") move the Court for an Order extending the discovery deadline and all other remaining deadlines set forth in the Court's Initial Case Management Order entered on December 6, 2023 [Doc. Entry No. 21] and the Court's Order Setting Case for Trial entered May 22, 2024 [Doc. Entry No. 40]. As set forth below, there is good cause to grant the Motion.

1. Pursuant to the Initial Case Management Order, the parties must: file a Joint Mediation Report by September 1, 2024; complete discovery by October 1, 2024; and file dispositive motions by December 31, 2024. According to the Order Setting Case for Trial, the parties must: file and exchange copies of the direct testimony of expert witnesses no later than April 14, 2025; file motions in *limine* and motions objecting to expert testimony by April 21, 2025 and responses by April 28, 2025; exchange exhibits by April 25, 2025; and file the Joint Proposed

Pretrial Order, joint proposed jury instructions and verdict forms, witness lists, exhibit lists, and any stipulations by April 28, 2025. The pretrial conference is set for May 5, 2025, and trial is set for May 13, 2025.

2. The parties have engaged in written discovery and have been working together diligently and in good faith. At this point in time, the parties intend to take eight or more depositions before the close of discovery.

3. Lead counsel for Defendants recently underwent a significant medical procedure, and he will be in recovery for a currently undetermined amount of time. Further, counsel for Defendants, who will take and defend the depositions in this case, recently welcomed his first child and will be on parental leave until the end of August. As such, the Parties will be unable to complete depositions prior to the October 1, 2024 discovery deadline.

4. Accordingly, the parties request that the Court extend the deadlines as follows:

    a. The parties shall file their Joint Mediation Report by November 1, 2024.

    b. The parties shall complete fact discovery on or before December 1, 2024.

    c. The parties shall file dispositive motions by February 28, 2025. Any response shall be filed within 21 days of the filing of the motion. Any reply shall be filed within 10 days of the response.

    d. The parties shall file and exchange copies of the direct testimony of expert witnesses by June 14, 2025.

    e. The parties shall file motions in *limine* and motions objecting to expert testimony by June 21, 2025 and responses by June 28, 2025.

    f. The parties shall exchange exhibits by June 25, 2025.

    g. The parties shall file the Joint Proposed Pretrial Order, joint proposed jury

instructions and verdict forms, witness lists, exhibits, and any stipulation by June 28, 2025.

5. Defendants request that the pretrial conference be set for an appropriate and available time prior to trial.

6. Defendants request that the trial be continued to an available date on the Court's calendar after July 13, 2025.

7. The requested extension will not prejudice either party and is not requested for any improper purpose or for delay.

8. Counsel for Defendants has consulted with counsel for the EEOC and has confirmed that it does not oppose this Motion.

For the foregoing reasons, Defendants move to extend the foregoing deadlines and trial date and respectfully request for a new Case Management Order to be entered reflecting such.

*/s/ Emily N. Griffin*  
Robert E. Boston (TN BPR # 009744)  
Frederick L. Conrad III (TN BPR # 032043)  
Emily N. Griffin (TN BPR # 041206)  
HOLLAND & KNIGHT LLP  
511 Union Street, Suite 2700  
Nashville, Tennessee 37219  
(615) 244-6380  
bob.boston@hklaw.com  
trip.conrad@hklaw.com  
emily.griffin@hklaw.com  

*Attorneys for Defendants Tennessee Healthcare Management, Inc. and HCA Healthcare, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 5th day of August, 2024, a true and correct copy of the foregoing was served via the Court's ECF filing system upon all parties below:

Marcerious D. Knox
Raquel Cato
Equal Employment Opportunity Commission
Nashville Area Office
220 Athens Way, Suite 350
Nashville, Tennessee 37228
marcerious.knox@eeoc.gov
raquel.cato@eeoc.gov
brandon.vickery@eeoc.gov
HCA.medo@eeoc.gov

*/s/ Emily N. Griffin*